IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LYLE L. CATTAU, an individual,)
and CATTZ, INC., a Nebraska   )
corporation,                  )
                              )
             Plaintiff,       )        8:05CV247
                              )
        v.                    )
                              )
CURT MANUFACTURING, INC., a   )        ORDER
Wisconsin corporation,        )
                              )
             Defendant.       )
_____)
```

      This matter is before the Court on defendant's motion for leave to file an amended answer and counterclaims (Filing No. 13). The Court notes plaintiffs have no objection. Accordingly,

      IT IS ORDERED that said motion is granted; defendant shall have until October 21, 2005, to file its amended answer and counterclaims.

      DATED this 14th day of October, 2005.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court