IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYLE L. CATTAU, an individual, and CATTZ, INC., a Nebraska corporation, | ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV247 |
| v. | ) ) | |
| CURT MANUFACTURING, INC., a Wisconsin corporation, | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiffs' motion to strike Filing No. 47 (Filing No. 48). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' motion to strike is granted; the clerk shall strike plaintiffs' motion in limine, Filing No. 47.

DATED this 6th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court