IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LYLE L. CATTAU, an individual, and CATTZ, INC., a Nebraska corporation, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:05CV247 |
| v. | )<br>) | |
| CURT MANUFACTURING, INC., a Wisconsin corporation, | )<br>)<br>) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the joint motion to dismiss (Filing No. 76). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiffs' complaint and defendant's counterclaim are dismissed with prejudice, each party to pay its own costs.

DATED this 7th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court